# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| WILLIAM D. ANDERSON § | |
| § | |
| V. § | No. 5:17CV135-CMC |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION § | |

## ORDER

On this day the Court has before it for consideration Plaintiff's Application and Affidavit for Attorney's Fees Under 28 U.S.C. § 2412 The Equal Access to Justice Act (Docket Entry # 14). The Court, having reviewed the motion and noting Defendant has no objection to the requested fee, is of the opinion Plaintiff's motion should be **GRANTED**.

William D. Anderson was the prevailing party and is entitled to a reasonable fee under the Equal Access of Justice Act, 28 U.S.C. § 2412(d). The Court finds the attorney's fees requested by Plaintiff's attorney in this case are reasonable based upon the time and labor required, the difficulty of the questions involved, the skill required to handle the problems presented, the benefit resulting to the client from the services, customary fees for similar services, the contingency and uncertainty of the compensation, the results obtained, and the amount involved. Accordingly, it is

**ORDERED** that Defendant shall pay Plaintiff an attorney fee in the amount of $4,118.00 (based on 19.1 total hours for 2017 at the hourly rate of $192.00 and 2.3 total hours for 2018 at the hourly rate of $196.00) under the Equal Access to Justice Act. The Court orders the attorney fee award, made payable to Plaintiff, be mailed to Plaintiff in care of his attorney.

SIGNED this 26th day of November, 2018.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE